UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| REGINALD GLASGOW,<br>    Plaintiff,<br><br>-v-<br><br>GURJINDER JAWANDA, AND<br>FALCON MOTOR EXPRESS LTD.,<br>    Defendants. | )<br>)<br>)   No. 1:14-cv-1094<br>)<br>)   HONORABLE PAUL L. MALONEY<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

Pursuant to the Court's November 7, 2014 Order (ECF No. 12), having dismissed all the claims in the complaint and pursuant to Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT** enters.

   **THIS ACTION IS TERMINATED.**

   **IT IS SO ORDERED.**


Date:   November 7, 2014                    /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            Chief United States District Judge